

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00243-CV

## IN RE M.F.

## Original Proceeding

### From the County Court at Law
### Navarro County, Texas
### Trial Court No. C15-23805-CV

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.


STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson,
      and Justice Smith
Petition denied
Opinion delivered and filed October 27, 2021
[OT06]

